```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 12877
   KAREN ANITA WOOD
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1052


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/10/2006 and was confirmed 02/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

     The case was dismissed after confirmation 07/26/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
1ST FRANKLIN MORTGAGE    CURRENT MORTG          .00            .00            .00
1ST FRANKLIN MORTGAGE    MORTGAGE ARRE          .00            .00            .00
AMERICATEL               UNSECURED        NOT FILED            .00            .00
IGLO WORKSHOP            UNSECURED        NOT FILED            .00            .00
BANK OF AMERICA          UNSECURED        NOT FILED            .00            .00
CATHERINES               UNSECURED        NOT FILED            .00            .00
CITIFINANCIAL RETAIL SER UNSECURED        NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSECURED           693.83            .00            .00
OBERWEIS DAIRY           UNSECURED        NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED           462.58            .00            .00
AT&T/SBC/ILLINOIS FACC   UNSECURED        NOT FILED            .00            .00
FIRST NATIONAL LCC       UNSECURED        NOT FILED            .00            .00
PREMIER BANKCARD         UNSECURED           293.17            .00            .00
HANDI-TECH CO            UNSECURED        NOT FILED            .00            .00
HINCKLEY SPRINGS         UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED           521.57            .00            .00
JC PENNY                 UNSECURED        NOT FILED            .00            .00
TCF BANK                 UNSECURED        NOT FILED            .00            .00
SECURITY BANK            UNSECURED        NOT FILED            .00            .00
PARAGON WAY INC          UNSECURED           172.22            .00            .00
ROUNDUP FUNDING LLC      UNSECURED           324.57            .00            .00
FINGERHUT                UNSECURED           193.21            .00            .00
NATIONAL CAPITAL MANAGEM UNSECURED            96.42            .00            .00
DOLLIE I WARREN REED     DEBTOR ATTY      2,500.00                          370.51
TOM VAUGHN               TRUSTEE                                             24.49
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   395.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 12877 KAREN ANITA WOOD

```
PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                      370.51
TRUSTEE COMPENSATION                                                 24.49
DEBTOR REFUND                                                          .00
                                     ---------------     ---------------
TOTALS                                        395.00              395.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 10/23/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```